**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER JONES, ) | 3:19-CV-0068-MMD-CLB |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | September 24, 2020 |
| ) | |
| ROMEO ARANAS, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

PRESENT:  THE HONORABLE CARLA BALDWIN, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Before the court are plaintiff's requests for entry of default against Joseph Walls and Richard Long (ECF No. 49 & 50).  Defendants filed a response (ECF No. 51), plaintiff filed a notice (ECF No. 52) and a reply (ECF No. 53).

   Plaintiff's requests for default (ECF Nos. 49 & 50) are **DENIED**.  Defendants Walls and Long filed an answer to plaintiff's complaint (ECF No. 45 at 1:17-21 & 2:17-20).

   **IT IS SO ORDERED.**

                                                                DEBRA K. KEMPI, CLERK

                                                     By:            /s/
                                                                Deputy Clerk