UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHRISTOPHER JONES,

Plaintiff,

v.

ROMEO ARANAS, et al.,

Defendants.

Case No. 3:19-CV-0068-MMD-CLB

**ORDER**

Plaintiff filed a Motion to Compel Sufficiency of Answers Pursuant to FRCP 36 & 37(a) (ECF No. 67). Defendant opposed the motion (ECF No. 74) and plaintiff replied (ECF No. 75). Due to the numerous motions that are currently pending in this case, the court ordered that "no further motions shall be filed in this case until all pending motions are … ruled upon by this court." (ECF No. 81).

In a direct attempt to circumvent this order, plaintiff has filed a document titled, "Corrected Motion to Compel Sufficiency of Answers Pursuant to FRCP 36 & 27(a) Previously ECF No. 67." (ECF No. 86). The court hereby **STRIKES** this motion (ECF No. 86) because it (1) directly violates the court's order ECF No. 81, and (2) it is an improper sur-reply filed in violation of LR 7-2(b).

**NO further motions shall be filed in this case until all pending motions are fully briefed and ruled upon by this court. The court will summarily strike any motion that is filed in violation of this order. No sur-replies, corrected motions, or otherwise entitled motions shall be filed.**

DATED: March 12, 2021.

_____
UNITED STATES MAGISTRATE JUDGE