# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTOPHER JONES,

    Plaintiff,

v.

ROMEO ARANAS, et al.,

    Defendants.

3:19-cv-0068-MMD-CLB

**ORDER**

Plaintiff filed a notice supplementing the names of Doe defendants (ECF No. 98). In the notice, plaintiff names **Melissa Mitchell** and **Daryl Baugh** as the nurses relevant to Count 4. (*Id.*). The Office of the Attorney General shall file a notice of acceptance of service or the last known address of these defendants on or before **Wednesday, May 19, 2021.** As to any defendant for whom the AG accepts service, an answer will be due on or before **Wednesday, June 2, 2021**.

**DATED:** April 29, 2021.

                              **UNITED STATES MAGISTRATE JUDGE**