# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER JONES,<br><br>         Plaintiff,<br><br> v.<br><br>ROMEO ARANAS, et al.,<br><br>         Defendants. | Case No. 3:19-CV-0068-MMD-CLB<br><br>**ORDER** |

Plaintiff Christopher Jones' motion for permission to file electronically (ECF No. 108) is **GRANTED**. In order for Plaintiff to file documents electronically, he will be required to register and maintain a CM/ECF account which can be found on the court's website (www.nvd.uscourts.gov) under the Self Help/E-Filing Permission link. Plaintiff shall also complete the CM/ECF tutorial and become familiar with the Electronic Filing Procedures, Best Practices and the Civil Events Menu that are accessible on the website. Plaintiff is instructed that this order granting him permission to file on CM/ECF is applicable only to this case.

Plaintiff's motion and corrected motion for order directing the Clerk to issue two subpoenas duces tecum (ECF Nos. 107 & 109) are **GRANTED**. The Clerk shall **ISSUE** two blank subpoenas duces tecum and forward the same to plaintiff.

DATED: June 25, 2021.

                     _____
                     UNITED STATES MAGISTRATE JUDGE