AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendants*
*Romeo Aranas, Darrell Baugh, John Borrowman,*
*Jayson Brumfield, Barbara Cegavske, James Dzurenda,*
*Venus Fajota; Gayle Fukagawa, Adam Laxalt, Melissa Mitchell,*
*Kathryn Reynold, and Brian Sandoval*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER A. JONES, | Case No. 3:19-cv-00068-MMD-CLB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| ROMEO ARANAS, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Christopher A. Jones, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, and hereby stipulate and agree, based upon the Settlement Agreement between the parties, that the above-captioned actions should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

DATED this 13TH day of August, 2021.

/s/ Christopher A. Jones
CHRISTOPHER A. JONES
Plaintiff, *Pro Se*

DATED this 24th day of August, 2021.

AARON D. FORD
Attorney General

By: /s/ Douglas R. Rands
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
*Attorneys for Defendants*

1

\* \* \*

STIPULATION TO DISMISS WITH PREJUDICE IS GRANTED.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED:  August 25, 2021

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 24th day of August, 2021, I caused to be deposited for mailing a true and correct copy of the foregoing, **STIPULATION FOR DISMISSAL WITH PREJUDICE**, to the following:

Christopher Jones
6633 Melodic Court
Las Vegas  NV 89139

                                            */s/ Roberta W. Bibee*
                                            An employee of the
                                            Office of the Attorney General